#113  #129608

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
11 JUN 23 PM 2:09
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: SCHOOLEY, DON R, JR.  Case No. 10-34796
SCHOOLEY, KERRI A

Judge Richard L. Speer

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Community Hospitals and Wellness, | 433 W High St., Bryan, OH 43506 | $3.33 |
| GE Money Bank c/o Recovery Management Systems, | 25 SE 2nd Ave Suite 1120, Miami, FL 33131-1605 | $3.15 |

Check for $6.48 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Ericka S. Parker, Trustee

Dated: 6/22/11

Cc:
Office of the U.S. Trustee